all other due damages. . . . The Iury . . . found for the Defend<sup>t</sup> costs of Court: The plaint. Appealed from this Iudgem<sup>t</sup> unto the next Court of Assistants and put in Security for prosecution of his Appeale to effect.

[ See Records of Court of Assistants, i. 134.]

### CLARKE cont<sup>a</sup> CROW

Hugh Clarke plaint. cont<sup>a</sup> Christopher Crow Defend<sup>t</sup> The plaint. withdrew his Action.

### WILKESON cont<sup>a</sup> ELIOTT

William Wilkeson plaint. cont<sup>a</sup> Ioseph Eliott Defend<sup>t</sup> in an action of the case for not paying unto the plaint. the Summe of ten pound Seventeen Shillings and six pence in money due for house Rent with all other due damages: . . . The Iury . . . found for the Defend<sup>t</sup> costs of Court.

### SCILLEY cont<sup>a</sup> THAYER

Thomas Scilley plaint. cont<sup>a</sup> Richard Thayer Defend<sup>t</sup> in an action of the case for wrongfully imprisoning the s<sup>d</sup> Scilley under colour of Law by Attaching him upon [ 559 ] pretence of damage and detaining him in prison a considerable time which is greatly to his damage both in his name and Estate with all other due damages: . . . The Iury . . . found for the plaint. Fifteen pounds in money damage and costs of Court allow<sup>d</sup> twenty five Shillings six pence.

Execucion issued. 18º Feb<sup>r</sup> 1678.

### COLEMAN cont<sup>a</sup> WAY etc.

W<sup>m</sup> Coleman Attourny to Martha Emery the Attourny of Thomas Emery her husband plaint. cont<sup>a</sup> Richard Way & John Jndicott Defend<sup>ts</sup> in an action of the case for not paying the Summe of two hundred and Ninety two pounds due according to a bond or writing dated. 31º October 1677. under theire hands and Seales with damages. . . . The Iury . . . found for the plaintife forfiture of the bond of two hundred ninety two pounds & costs of Court: The Defend<sup>t</sup> moved for a chancery & makeing it appeare to the Court that they had paid out the whole Estate according to the condicion of s<sup>d</sup> bond The Magistrates chancered this forfiture to nothing.